02-11-411-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00411-CR

 

 


 
 
 Timothy Evans Reynolds, Sr.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 158th
District Court OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Timothy Evans Reynolds, Sr. attempts to appeal from his conviction on his plea
of guilty to felony DWI.  The trial court’s certification states that this “is
a plea-bargain case, and the defendant has NO right of appeal” and “the
defendant has waived the right of appeal.”  See Tex. R. App. P.
25.2(a)(2).  On September 21, 2011, we notified Reynolds that this appeal would
be dismissed unless he or any party desiring to continue the appeal filed a
response on or before October 3, 2011, showing grounds for continuing the
appeal.  Reynolds filed a response, but it does not show grounds for continuing
the appeal.  Therefore, in accordance with the trial court’s certification, we
dismiss this appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  October 13, 2011









[1]See Tex. R. App. P. 47.4.